Law Offices of Deborah Bass

LAW OFFICES OF DEBORAH BASS, APC
DEBORAH BASS, ESQ (CA Bar No. 169490)
ELLIE NAVID, ESQ. (CA Bar No. 271846)
8961 Sunset Blvd. Suite 2A
Los Angeles, California 90069
Telephone:  (310) 248-3840
Facsimile:  (310) 248-3846

Attorneys for Plaintiff, U.S. Bank National Association as Trustee

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION AS TRUSTEE,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>LETICIA QUIROZ, and DOES 1 through 10 inclusive,<br><br>　　　　Defendants. | Case No. 8:12-cv-00016-JVS-JPR<br><br>**ORDER OF REMAND**<br><br>DATE: 2/13/12<br>COURTROOM: 10C<br>JUDGE: HON. JAMES V. SELNA |

**THE COURT, HAVING READ AND CONSIDERED THE NOTICE OF MOTION AND MOTION TO REMAND, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF, AND THE DECLARATION OF ELLIE NAVID, ESQ., AND**

**GOOD CAUSE APPEARING THEREFORE,**

**IT IS HEREBY ORDERED,** that the Clerk is directed to remand this case to the Superior Court of California, Orange County forthwith.

DATED: February 14, 2012

_____
HON. JAMES V. SELNA